**Order entered July 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00123-CV

### SAMUELS AND SONS, LLC, Appellant

### V.

### CAROLINE WILLIAMSON, MARY TUCKER, AND JACOB SHAPE, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00796-D**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. Although we cautioned appellant that failure to file written verification it had requested and paid or made arrangements to pay for the reporter's record by July 9, 2021 could result in the appeal being submitted without the record, appellant has failed to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file its opening brief no later than August 18, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE